IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUBREY FITZGERALD BANGO, | : | |
| Petitioner, | : | CIVIL NO. 3:12-CV-0822 |
| | : | |
| v. | : | |
| | : | (JUDGE NEALON) |
| CRAIG A. LOWE, Warden, | : | |
| Pike County Prison, | : | |
| Respondent | : | (MAGISTRATE JUDGE BLEWITT) |

### ORDER

NOW, this 28th day of November, 2012, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:.

1. The Report and Recommendation (Doc. 5) is **ADOPTED**;

2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED** to the extent that Petitioner is afforded an individualized bond hearing with the Immigration Court within 30 days of the date of this Order; and,

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

**United States District Judge**